Others, Appellants.—Appeal dismissed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

S. W. STRAUS & CO., INCORPORATED, Respondent, v. JACOB M. FELSON and Others, Appellants.—Appeal dismissed. No opinion   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

S. W. STRAUS & CO., INCORPORATED, Respondent, v JACOB M. FELSON and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

S. W. STRAUS & CO., INCORPORATED, Respondent, v. JACOB M. FELSON and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ

S. W. STRAUS & CO., INCORPORATED, Respondent, v. JACOB M. FELSON and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GEORGE E. THROCKMORTON, Respondent, v. CHARLES G. MEINKEN, Appellant. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

UNITED STATES TRUST COMPANY OF NEW YORK, as Substituted Trustee of the Trusts Created by the Last Will and Testament of ELLA S. HOFFMAN, Deceased, Plaintiff, Respondent, v. OLGA BAES, Defendant, Respondent. ALBERT EDWARD OSWALD ORMSBY, Appellant, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MORRIS WATKIN v. HARRY HIRSCHFELD, Impleaded with BERNARD WEISS.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy and Martin, JJ.

ANTONIO MOLLINO v. OGDEN & CLARKSON CORPORATION and Another.— Motion for leave to appeal granted; motion for reargument denied. Present — Dowling, Merrell, McAvoy and Martin, JJ.

CLAREMONT LABORATORIES, INC., v. F. W. KRAEMER and Another, Appellants, Impleaded with PETER LICARI, as Trustee in Bankruptcy of AMERICAN RELEASING CORPORATION, Defendant.— Motion denied, with ten dollars costs, on the ground that the judgment being one of modification no leave to appeal is necessary. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.